# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Ronald J. Vogland

Case No. Civil 01-509RHK/JMM

v.

**JUDGMENT IN A CIVIL CASE**

Qwest Corp., fka U S West Communications, Inc.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that defendant's motion to dismiss is granted and plaintiff's amended complaint is dismissed with prejudice.

DATE: July 18, 2001

RICHARD D. SLETTEN, CLERK

Denise La Fond, Deputy Clerk